| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Thompson, Myron H | 2. Court or Organization USD/MD/Alabama | 3. Date of Report 03/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge - active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address One Church Street P. O. Box 235 Montgomery, AL 36101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Judicial Advisory Board of the George Mason Law & Economics Center |
| 2. Member | Federal Judges Association Board of Directors |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR -2 A 10: 05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Liberty Fund, Inc. | 01/12/06 to 01/015/06 - San Diego, CA - Educational seminar (food, lodging, and transportation) |
| 2. | Rogers High School in Providence, Rhode Island | 02/02/06 to 02/03/06 - Providence, Rhode Island - Speech (food, lodging, and transportation) |
| 3. | Vera Institute | 02/08/06 to 02/09/06 - Los Angeles, CA - Speech (food, lodging, and transportation) |
| 4. | NYU Law Schoole | 04/07/06 to 04/09/06 - New York, New York - Committee Meeting (food, lodging, and transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

5. Federal Judges Association — 05/06/06 to 05/07/06 - Arlington, VA - Board Meeting (food, lodging, and transportation)

6. George Mason Law School — 10/13/06 to 10/15/06 - Alexandria, VA - Board Meeting (food, lodging, and transportation)

7.

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House site at Martin Dam, Elmore County, AL | | None | L | W | | | | | |
| 2. Property #5, Tuskegee, AL (1/2 int.) Mortgage Note | | Interest | | | sell | 12/31 | J | A | John Gregory |
| 3. Morgan Stanley Dean Witter (IRA) (filer): Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 4. " ":American Opportunities B | A | Dividend | | | sell | 12/01 | J | A | |
| 5. " ": SPQS BBY BY MS | A | Distribution | | | sell | 12/1 | J | A | |
| 6. " ": Williams Co.Inc. | A | Dividend | J | T | | | | | |
| 7. " ":Petrochina Co. Ltd Adr | A | Dividend | | | sell | 12/01 | J | A | |
| 8. " ": Ing Int'l Value B | A | Dividend | | | sell | 12/01 | J | A | |
| 9. " ": Andrx CP-Andrx Gr | A | Dividend | | | sell | 12/01 | J | A | |
| 10. : :: China Yuchai Int'l | A | Dividend | J | T | buy | 12/01 | J | | |
| 11. " ":Alliance Bernstein | A | Dividend | J | T | buy | 12/01 | J | | |
| 12. " ":Cheese Cake Factory | A | Dividend | J | T | buy | 12/01 | J | | |
| 13. " ": Asia Pacific | A | Dividend | J | T | buy | 12/01 | J | | |
| 14. " ":United Health | A | Dividend | J | T | buy | 12/01 | J | | |
| 15. " ": Xstrata PLC | A | Dividend | J | T | buy | 12/01 | J | | |
| 16. Morgan Stanley Dean Witter (IRA) ▬▬ : Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 17. " ": India Fund Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  " ": SPQS BBY BY MS | A | Dividend | | | sell | 08/04 | J | A | |
| 19.  " ": Ishares Russell 3000 Index Fd | A | Dividend | | | sell | 08/04 | J | A | |
| 20.  " ": Chesapeake Energy | A | Dividend | J | T | buy | 02/23 | J | | |
| 21.  " ": Jos. A. Bank Clothier | A | Dividend | J | T | buy | 08/04 | J | | |
| 22.  " ": Ishares MSCI Brazil | A | Dividend | J | T | buy | 08/04 | J | | |
| 23.  Morgan Stanley Dean Witter (Edu. IRA) ■): Liquid Asset F | A | Dividend | J | T | | | | | |
| 24.  " ": Ishares Russell 3000 Index Fd | A | Dividend | | | sell | 08/04 | J | A | |
| 25.  " ": Asia Pacific | A | Dividend | J | T | buy | 08/04 | J | | |
| 26.  Morgan Stanley Dean Witter (Edu. IRA) ■): Liq Asset Fund | A | Dividend | J | T | | | | | |
| 27.  " ": Ishares MSCI Taiwan Index Fd | A | Dividend | | | sell | 08/04 | J | A | |
| 28.  " ":Asia Pacific | A | Dividend | J | T | buy | 08/04 | J | | |
| 29.  Morgan Stanley Dean Witter (Edu. IRA) ■: Liq Asset Fund | A | Dividend | | | sell | 12/31 | J | A | |
| 30.  " ": Ishares MSCI Taiwan Index Fd | A | Dividend | | | sell | 12/31 | J | A | |
| 31.  Morgan Stanley Dean Witter (filer): Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 32.  " ":Intel | A | Dividend | | | sell | 08/01 | J | A | |
| 33.  " ": Microsoft | A | Dividend | | | sell | 08/01 | J | A | |
| 34.  " ": Amazon | A | Dividend | | | sell | 08/01 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. " ": Andrx CP-Andrx Gr | A | Dividend | | | sell | 08/01 | J | A | |
| 36. " ": General Electric Co. | A | Dividend | J | T | | | | | |
| 37. " ": Chesapeake Energy | A | Dividend | J | T | buy | 08/01 | J | | |
| 38. " " : Conocophillips | A | Dividend | J | T | buy | 08/01 | J | | |
| 39. " ": Stratasys Inc. | A | Dividend | J | T | buy | 08/01 | J | | |
| 40. Morgan Stanley Dean Witter (filer): Liquid Asset Fund | A | Dividend | J | T | buy | 08/01 | J | | |
| 41. " ": Microsoft | A | Dividend | J | T | buy | 08/01 | J | | |
| 42. " ": Ishares MSCI Taiwan Index | A | Dividend | J | T | buy | 08/01 | J | | |
| 43. Regions Bank (Savings) (filer) | A | Interest | L | T | | | | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 03/26/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date 3/26/2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544